Honorable Judge Neiter

Thank you for your time

Re: Petition # : 2:10-bk-10460-RN

I learned of tomorrow's status hearing hours ago from my mortgage company.

I have not received any notice of a summons and cannot attend the hearing.

I am not indebted to my brother. There is no basis for this case.

My brother has repeatedly used the legal system in an attempt to continue to reside

at 5831 W Greentree rent free. He has for many years evaded all reasonable

solutions to make this residency affordable. This property has

been sold in my name for over five years.

Since he is capable of persistent aggressive bullying and verbally abusive behavior,

my health will not withstand being in his presence.

Thank you for your consideration,

*Kathleen Jensen DDS*

Kathleen Jensen, DDS

FILED FEB 09 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk