FILED & ENTERED

APR 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY lewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:10-10460 RN |
| **KATHLEEN KAREN JENSEN**, | Chapter 7 (Involuntary) |
| Debtor. | **ORDER DISMISSING INVOLUNTARY PETITION** |
| | DATE:    February 10, 2010<br>TIME:    10:30 a.m.<br>PLACE:    Courtroom 1645 |

On February 10, 2010 at 10:30 a.m., the Court conducted a status conference on the above-referenced involuntary chapter 7 petition in Courtroom 1645 before the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding. Appearances were as stated on the record. The Court, finding that the Petitioning Creditor Hugh Jensen ("Petitioning Creditor") failed to serve the alleged debtor with the summons and finding further that Petitioning Creditor failed to demonstrate that he has complied with § 303(b) and that his claim against the alleged debtor is noncontingent and undisputed, and that the alleged debtor has fewer than 12 creditors thereby permitting him to file an involuntary petition, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

1 | IT IS HEREBY ORDERED that this involuntary petition is DISMISSED.

### 

26 | DATED: April 1, 2010

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING INVOLUNTARY PETITION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursu ant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 29, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

US Trustee's Office (LA):  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Petitioning Creditor's Counsel
Edward P Kerns
Law Offices of Edward P Kerns a PLC
5743 Corsa Ave Ste 116
Westlake Village, CA 91362

**Debtor**
Kathleen Karen Jensen
11127 Braddock Dr
Culver City, CA 90230

Petitioning Creditor
Hugh Jensen
5831 W Greentree Dr.,
Somis, CA 93066

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

All creditors to be served via BNC noticing.